IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO HONESTO, aka Peter Honesto, | ) | |
| Plaintiff(s), | ) | No. C 10-2732 CRB (PR) |
| vs. | ) | ORDER OF TRANSFER |
| A. SCHWARZENEGGER, et al., | ) | |
| Defendant(s). | ) | |

     Plaintiff, a prisoner at Avenal State Prison, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 challenging the parole suitability procedures used by the State of California.  A substantial part of the events or omissions giving rise to the claim(s) occurred, and the viable defendants named reside, in the counties of Kings and Sacramento, which lie within the venue of the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  See id. § 1391(b).

     Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

     The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED: June 28, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Honesto, P1.transfer.wpd